# Morgan Lewis

**Jeremy P. Blumenfeld**
Partner
+1.215.963.5258
jeremy.blumenfeld@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

November 12, 2019

**VIA ECF**

The Honorable Sarah Netburn, U.S.M.J.
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

Re:  *Bhatia, et al. v. McKinsey & Company, Inc., et al.*, Case No. 1:19-cv-01466-GHW-SN

Dear Judge Netburn:

We write on behalf of Defendants McKinsey & Company, Inc. and MIO Partners, Inc. ("Defendants") and Plaintiff Tushar Bhatia ("Plaintiff") (together, the "parties") in the above-referenced action. The parties have agreed to engage in a private mediation on January 30, 2020, in an effort to reach an early resolution of the putative class claims this case. In light of the mediation, the parties respectfully request a stay of the case, including Defendants' Motion to Compel Arbitration and, in the Alternative, to Dismiss Plaintiff's Complaint (Dkt. No. 30) and all other pending motions. The stay will allow the parties to focus their full attention and resources on a potential voluntary resolution of this matter while also mindful of the Court's resources. The requested stay will not affect any other scheduled deadlines. If the stay is granted, the parties will provide the Court with an update on the progress of their settlement discussions by February 13, 2020.

The parties are available should Your Honor wish to discuss this request. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*

---

The request for a stay is GRANTED. The motions in this case, including the motion to compel arbitration and, in the alternative, to dismiss (ECF No. 30) are stayed. The parties shall submit a joint status letter no later than February 13, 2020, providing an update on the progress of their settlement discussions.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

November 12, 2019
New York, New York