UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tushar Bhatia, individually and as the representative of a class of similarly situated persons, and on behalf of the McKinsey & Company, Inc. (PSRP) Profit-Sharing Retirement Plan and the McKinsey & Company, Inc. (MPPP) Money Purchase Pension Plan,<br><br>     Plaintiff,<br><br>v.<br><br>McKinsey & Company, Inc. and MIO Partners, Inc.,<br><br>     Defendants. | No. 1:19-cv-1466-GHW-SN<br><br>**JOINT NOTICE OF REVISED SETTLEMENT AGREEMENT** |

  Pursuant to the Court's September 9, 2020 Order in the above-captioned action (ECF No. 87), the Parties hereby submit their revised Settlement Agreement (including all exhibits thereto) as Exhibit A. For the Court's convenience, the Parties are also submitting redlines showing the changes made to the prior version of the Settlement Agreement (*see* Exhibit B), the Notice to Current Participants (*see* Exhibit C), the Notice to Former Participants (*see* Exhibit D), the Proposed Preliminary Approval Order (*see* Exhibit E), and the Proposed Final Approval Order (*see* Exhibit F).

  In summary, the changes to the Settlement Agreement are intended to address the matters discussed at the hearing on August 13, 2020 relating to Sections 2.20, 5.6, 6.5.1, and 6.12. In addition, the Parties have corrected typographical errors in Sections 2.4 and 13.7.1 through 13.7.5.

The notices and proposed order have been updated to reflect that the Fairness Hearing will be held telephonically. In addition, the Parties have made certain additional changes to the notices and proposed order to conform to the revised Settlement Agreement and the anticipated February 17, 2021 Fairness Hearing date, and to provide further information in the notices as the Parties determined to be appropriate.

The Parties respectfully request that the Court approve the revised Settlement Agreement attached as Exhibit A hereto, which supersedes the prior version submitted on August 10, 2020 (ECF No. 75-1).

Dated: September 16, 2020                                        Respectfully Submitted,

/s/ Kai Richter
Michelle L. Kornblit, NY Bar No. 5314794
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Paul Lukas, MN Bar No. 22084X*
Brandon T. McDonough, MN Bar No. 0393259*
Brock J. Specht, MN Bar. No. 0388343*
Jennifer K. Lee, NY Bar No. 4876272
* admitted *pro hac vice*
**NICHOLS KASTER PLLP**
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
mkornblit@nka.com
krichter@nka.com
cengstrom@nka.com
lukas@nka.com
bmcdonough@nka.com
bspecht@nka.com
jlee@nka.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Jeremy P. Blumenfeld
Jeremy P. Blumenfeld
Melissa D. Hill
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Phone: 212.309.6000
Fax: 212.309.6001
jeremy.blumenfeld@morganlewis.com
melissa.hill@morganlewis.com

**ATTORNEYS FOR DEFENDANTS**