# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tushar Bhatia, individually and as the representative of a class of similarly situated persons, and on behalf of the McKinsey & Company, Inc. (PSRP) Profit-Sharing Retirement Plan and the McKinsey & Company, Inc. (MPPP) Money Purchase Pension Plan,<br><br>        Plaintiff,<br><br>v.<br><br>McKinsey & Company, Inc. and MIO Partners, Inc.,<br><br>        Defendants. | No. 1:19-cv-1466-GHW-SN<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 17, 2021 at 4:00 p.m., before the Honorable Gregory Woods, United States District Judge, Plaintiff Tushar Bhatia ("Plaintiff") and Class Counsel will and hereby do move this Court for an Order approving the following disbursements in connection with the parties' Class Action Settlement: (1) attorneys' fees in the amount of $7,900,000 (20% of the Settlement Fund);[1] (2) reimbursement of $51,678.31 in litigation expenses that Class Counsel incurred in connection with this action; (3) settlement administration expenses in the amount of $82,301 (including $64,801 to the Settlement Administrator; $2,500 to the Escrow Agent, and $15,000 to the Independent Fiduciary retained in connection with Article 3 of the Settlement); and (4) a service award in the amount of $15,000 to the named Class Representative.

---

[1] The applicant for such fees is Nichols Kaster, PLLP ("Nichols Kaster"), whose address is shown below. Nichols Kaster has agreed to share 15% of any fees awarded with MKLLC Law, 1120 Avenue of the Americas, 4th Floor, New York, NY 10036. *See Pl's Memo of Law* at n.10.

1

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article 8 of the Parties' Class Action Settlement Agreement (ECF No. 91-1), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Kai Richter and exhibits attached thereto, the previously filed declarations submitted by Class Counsel (ECF No. 75) and the Class Representative (ECF No. 76), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiff have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion.

Dated December 21, 2020

**NICHOLS KASTER PLLP**

/s/ Kai Richter
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Paul Lukas, MN Bar No. 22084X*
Brandon T. McDonough, MN Bar No. 0393259*
Brock J. Specht, MN Bar. No. 0388343*
Jennifer K. Lee, NY Bar No. 4876272
Michelle L. Kornblit, NY Bar Code #5314794
      * admitted *pro hac vice*
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
cengstrom@nka.com
lukas@nka.com
bmcdonough@nka.com
bspecht@nka.com
jlee@nka.com
mkornblit@nka.com

***ATTORNEYS FOR PLAINTIFF AND THE SETTLEMENT CLASS***

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2020, a true and correct copy of Plaintiffs' Notice of Motion and Motion for Approval of Attorneys' Fees and Costs, Administrative Expenses, and Class Representative Service Award, and all papers filed in support of the motion, were served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: December 21, 2020                              /s/ Kai H. Richter
                                                              Kai H. Richter