**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tushar Bhatia, individually and as the representative of a class of similarly situated persons, and on behalf of the McKinsey & Company, Inc. (PSRP) Profit-Sharing Retirement Plan and the McKinsey & Company, Inc. (MPPP) Money Purchase Pension Plan,<br><br>   Plaintiff,<br><br>v.<br><br>McKinsey & Company, Inc. and MIO Partners, Inc.,<br><br>   Defendants. | No. 1:19-cv-1466-GHW-SN<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 17, 2021 at 4:00 p.m., before the Honorable Gregory Woods, United States District Judge, Plaintiff Tushar Bhatia ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the Parties' proposed Class Action Settlement Agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Article 4 of the Parties' Class Action Settlement Agreement (*ECF No. 91-1*), and is based on the accompanying Memorandum of Law and authorities cited therein, the declarations of Kai Richter and Jeff Mitchell, the previously filed declarations submitted by Plaintiff (*ECF No.* 76), Class Counsel (*ECF Nos. 75 and 98*) and Dr. Steve Pomerantz (*ECF No. 85*); the Settlement Agreement; the Court's Preliminary Approval Order (*ECF No. 94*); and all files, records and proceedings in this

1

matter. A proposed Final Approval Order is being submitted in connection with this motion, and is also included as an exhibit to the Settlement Agreement. *See ECF No. 91-1 at p. 85*.

Counsel for Plaintiff have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion.

Dated February 3, 2021                             **NICHOLS KASTER PLLP**

/s/ Kai Richter
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Paul Lukas, MN Bar No. 22084X*
Brandon T. McDonough, MN Bar No. 0393259*
Brock J. Specht, MN Bar. No. 0388343*
Jennifer K. Lee, NY Bar No. 4876272
Michelle L. Kornblit, NY Bar Code #5314794
         * admitted *pro hac vice*
4700 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
cengstrom@nka.com
lukas@nka.com
bmcdonough@nka.com
bspecht@nka.com
jlee@nka.com
mkornblit@nka.com

***ATTORNEYS FOR PLAINTIFF AND THE SETTLEMENT CLASS***

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2021, a true and correct copy of Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement, and all papers filed in support of the motion, were served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: February 3, 2021　　　　　　　　　　　　/s/ Kai H. Richter
　　　　　　　　　　　　　　　　　　　　　　　Kai H. Richter