```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TUSHAR BHATIA *individually and as the representative* :
*of a class of similarly situated persons, and on behalf of the* :
*McKinsey & Company, Inc. (PSRP) Profit-Sharing* :
*Retirement Plan and the McKinsey & Company, Inc.* :   1: 19-cv-1466-GHW
*(MPPP) Money Purchase Pension Plan,* :
                                                      :   <u>ORDER</u>
                                     Plaintiff, :
                                                       :
                -against- :
                                                         :
MCKINSEY & COMPANY, INC., MIO :
PARTNERS, INC., and JOHN DOES 1-50, :
                                                        :
                                       Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On February 8, 2021, the Court received the email at Dkt. No. 105 regarding the proposed settlement in this action. The parties are directed to submit a joint letter informing the Court how they intend to respond to Mr. Cabrera's allegations, by no later than February 11, 2021.

       SO ORDERED.

Date:   February 8, 2021
                                                                              GREGORY H. WOODS
                                                                      United States District Judge