```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED:  2/17/2021
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tushar Bhatia, individually and as the representative of a class of similarly situated persons, and on behalf of the McKinsey & Company, Inc. (PSRP) Profit-Sharing Retirement Plan and the McKinsey & Company, Inc. (MPPP) Money Purchase Pension Plan,<br><br>        Plaintiff,<br><br>v.<br><br>McKinsey & Company, Inc. and MIO Partners, Inc.<br><br>        Defendants. | No. 1:19-cv-1466-GHW-SN<br><br><br>**ORDER ON PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD** |

This matter came before the Court on a Fairness Hearing on February 17, 2021. During the Fairness hearing, the Court considered, among other things, Plaintiff's Motion for Approval of Attorneys' Fees and Costs, Administrative Expenses, and Class Representative Service Award. This motion is unopposed by Defendants.

Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on September 18, 2020 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law,

      **It is hereby ORDERED as follows:**

1.      Class Counsel's request for an award of $7,900,000 in attorneys' fees is approved. Having reviewed Class Counsel's application and all applicable legal authorities, the Court finds the requested amount (20% of the $39.5 million settlement fund) to be reasonable and appropriate.

2.      Class Counsel's request for litigation expenses in the amount of $51,678.31 and settlement administration expenses in the amount of $82,301 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3.      Plaintiff's request for a class representative service award in the amount of $15,000 to Plaintiff Tushar Bhatia is approved. The Court finds this award to be justified under the facts of this case and consistent with applicable legal authorities.

4.      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 96.

**IT IS SO ORDERED.**

Dated: February 17, 2021

_____
Hon. Gregory H. Woods
United States District Judge