UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
TUSHAR BHATIA *individually and as the representative of* :
*a class of similarly situated persons, and on behalf of the* :
*McKinsey & Company, Inc. (PSRP) Profit-Sharing* :
*Retirement Plan and the McKinsey & Company, Inc.* :
*(MPPP) Money Purchase Pension Plan,* :
                                                Plaintiff, :
                                 -against- :

MCKINSEY & COMPANY, INC., MIO :
PARTNERS, INC., and JOHN DOES 1-50, :
                                            Defendants. :
-------------------------------------------------------------------- X

1: 19-cv-1466-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On May 12, 2021, the Court received the email at Dkt. No. 114 regarding the settlement process for this action. The settlement administrator is directed to respond to Ms. Baeza, and the parties are directed to submit a joint status update regarding that response by no later than May 17, 2021.

    SO ORDERED.

Date: May 12, 2021  
New York, New York

                                            GREGORY H. WOODS  
                                            United States District Judge